# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

130573

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

6700 LIMITED, a/k/a LIBERTY PARK,
   Plaintiff-Appellant,

v

          SC: 130573
          COA: 264821
          Macomb CC: 04-003743-CZ

CITY OF STERLING HEIGHTS, STERLING
HEIGHTS ZONING BOARD OF APPEALS,
and T.J. FIORE'S CRUSHED CONCRETE, INC.,
   Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the February 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006            _____
                  Clerk

p0724